IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:06-CV-0184-L** |
| | § | |
| **ONE 2002 DODGE RAM 1500** | § | |
| **QUAD-CAB TRUCK** | § | |
| **VIN: 3D7HU18ZX2G145745**, | § | |
| | § | |
| Defendant *in rem*. | § | |

# ORDER

This is a civil forfeiture case, brought under 21 U.S.C. § 881(a)(6). Before the court is Plaintiff's Motion to Strike the Verified Claim of Mary Cipriani Hernandez and Brief in Support, filed September 22, 2006. Pursuant to 28 U.S.C. § 636(b) and an order of the court in implementation thereof, this case was referred to the United States magistrate judge for proposed findings and recommendation. On October 24, 2006, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") were filed, to which no objections were filed. After making an independent review of the pleadings, file and record in this case, and the magistrate judge's Report, the court **determines** that the magistrate judge's findings are correct. Accordingly, the magistrate judge's findings and conclusions are **accepted** as those of

the court. Plaintiff's Motion to Strike the Verified Claim of Mary Cipriani Hernandez is **granted**, and the court **strikes** the Verified Claim of Mary Cipriani Hernandez, filed April 20, 2006.

**It is so ordered** this 25th day of June, 2007.

_____
Sam A. Lindsay
United States District Judge